**COUNTY OF SUFFOLK**

**EDWARD P. ROMAINE**
**SUFFOLK COUNTY EXECUTIVE**

**CHRISTOPHER J. CLAYTON**
**COUNTY ATTORNEY**

**DEPARTMENT OF LAW**

June 2, 2025

Hon. Ramon E. Reyes, Jr., U.S.D.J.
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: White v. Suffolk County et.al .
20-cv-1501 (RER)(JMW)

Dear Judge Reyes:

The Suffolk County Attorney's Office represents the County Defendants in the above-referenced matter. Our moving papers for our motion for summary judgment are due to Plaintiff on June 6, 2025.

The undersigned is aware that the Court's Individual Practice Rules direct that unless prior permission has been granted, memoranda of law in support of motions are limited to 25 double-spaced pages, exclusive of tables of contents, tables of authorities, exhibits, appendices, or attachments. Given the multitude of claims alleged in Plaintiff's 87-page Third Amended Complaint [DE 87] and the multitude of County Defendants against whom they are alleged, the undersigned respectfully moves the Court for permission to exceed the 25-page limitation so that I may effectively defend my clients in said motion. With the vast amount of issues, claims and defendants I must address, confining the memorandum of law in support of the County Defendants' motion to twenty-five pages will not be possible. Given the length of it thus far and the additional issues I need to address to complete it, I respectfully request that the Court grant me fifty (50) pages to do so.

We thank the Court for its consideration of this request.

Respectfully,

Christopher J. Clayton
Suffolk County Attorney
/s/ Stacy A. Skorupa
By: Stacy A. Skorupa
Assistant County Attorney

Cc: Counsel for all parties (Via ECF)